[No. 3366. Decided March 5, 1900.]

SEATTLE AND MONTANA RAILROAD COMPANY, *Appellant*, v. OLIVE A. STAPLETON, *Respondent*.

Appeal from Superior Court, Whatcom County.—Hon. HIRAM E. HADLEY, Judge. Appeal dismissed.

*Burke, Shepard & McGilvra* (*H. F. Blake*, of counsel), for appellant.

*Fairchild & Bruce*, for respondent.

PER CURIAM.—For the reasons assigned in the case of the *Western American Co. v. St. Ann Co.*, lately decided, the appeal in this case will be dismissed.

---

[No. 3397. Decided April 6, 1900.]

DANIEL SCHNEIDER, *Respondent*, v. KNUT ANDERSON *et ux.*, *Appellants*.

Appeal from Superior Court, King County. — Hon. ORANGE JACOBS, Judge. Affirmed.

*S. S. Langland* and *M. M. Madigan*, for appellants.

*Bausman, Kelleher & Emory*, for respondent.

PER CURIAM.—This was an action of unlawful detainer and also for damages caused by breaches in the covenants of lease. There was no demurrer or objection of any character to the complaint. There was a jury trial, resulting in a verdict and judgment for the plaintiff, from which the defendants appealed.

An exhaustive review of the record of the trial has convinced us that the verdict was right, and that no reversible error was committed. The judgment is affirmed.